193 So. 895
#### Jess WILLARD v. STATE.
#### 8 Div. 819.

Court of Appeals of Alabama.
Jan. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

199 So. 918
#### Andrew (alias Fat Son) WILLIAMS v. STATE.
#### 1 Div. 386.

Court of Appeals of Alabama.
Nov. 26, 1940.

Sydney S. Pfleger, of Mobile, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

197 So. 904
#### Charlie WILLIAMS v. STATE.
#### 7 Div. 564.

Court of Appeals of Alabama.
June 29, 1940.

R. M. Woolf, of Anniston, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

198 So. 881
#### Jimmie WILLIAMS v. STATE.
#### 6 Div. 558.

Court of Appeals of Alabama.
Oct. 29, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

199 So. 918
#### Luther WILLIAMS v. STATE.
#### 1 Div. 390.

Court of Appeals of Alabama.
Nov. 19, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.